# United States Bankruptcy Court
## Southern District of Georgia

In the matter of:  )
Steven A. Jones,  )
            (Debtor(s))  )  Chapter 13 Case No. 10-11549
  )
  )
  )
  )
  )
  )
  )

## NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 12/22/10

                                Attorney for Debtor(s)

Samuel L. Kay, Clerk
United States Bankruptcy Court
Southern District of Georgia
*(Form.mac12/09)*

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In the matter of: ) | |
| STEVEN A. JONES, ) | |
| Debtor ) | CHAPTER 13 |
| ) | CASE NO. 10-11549-SDB |
| ) | |

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

   payments as follows:  Reduce payment to $175.00/month

   ☐   Surrender the following property:

   ■   Other provisions:   Arrearage claim of BAC Home Loans Servicing shall be satisfied through a modification of the existing loan obligation, and shall not be paid through the Chapter 13 Plan.

2. Debtor(s) assert as the basis for the modification the following facts:

   Approval of modification on home mortgage loan.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

_Dec. 22, 2010_  
Date

_s/Steven A. Jones_  
Debtor

_____  
Joint Debtor